UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
FREDDY COLON,
               Plaintiff,

v.                                                                                                    **ORDER OF DISMISSAL**

AMERICAN SUGAR REFINING, INC., and                        19 CV 10565 (VB)
ASR GROUP INTERNATIONAL, INC.,
formerly known as American Sugar Holding,
Inc.,
               Defendants.
--------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed as without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than August 14, 2020. To be clear, any application to restore the action must be filed by August 14, 2020, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All scheduled conferences or other scheduled court appearances are cancelled. Any pending motions are moot.

      The Clerk is instructed to terminate the letter motion (Doc. #19) and close this case.

Dated: June 15, 2020
       White Plains, NY                       SO ORDERED:

                                                       _____
                                                       Vincent L. Briccetti
                                                       United States District Judge